AO 450 (Rev. 01/09)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

SCOTT MICHAEL MARTIN
    Plaintiff

v.   **Civil Action No.**   1:23cv391

YES AUTOMOTIVE
BRIAN BROTHERS
    Defendants

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

☐ the Plaintiff(s), _____ recover from the Defendant(s) _____ damages in the amount of _____, plus post-judgment interest at the rate of ____ %

☐ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant _____ recover costs from the plaintiff _____.

☒ Other: This case is DISMISSED.

This action was (*check one*):

☐ tried to a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.:

☒ decided by Chief Judge Holly A. Brady.

DATE:   10/27/2023               CHANDA J. BERTA, CLERK OF COURT
                                 by   s/R. Figueroa
                                              *Signature of Clerk or Deputy Clerk*